### 8812.  ROUNTREE *v.* CHRISMAN & COMPANY.

WADE, C. J.  The property levied upon was described in the mortgage fi. fa. as "one yellow mare mule 6 years old, about 15 hands high," and the mortgage upon which this fi. fa. was based covered property described as "one yellow mare 6 year old, about 15 hand high," but the mortgage recited, immediately following these words of description, that "it is expressly agreed that said J. N. Chrisman & Company do not warrant health, life, soundness, and work of said *mule* [italics

ours], only the title thereto, and which the said J. A. Moree hereby mortgages to the said .J. N. Chrisman. & Company, to secure the pur-. chase price aforesaid." The mortgagor sold the mortgaged property to a person who in turn sold it to the plaintiff in error, and the latter interposed a claim to it when it was levied upon under the mortgage fi. fa.. as "one yellow mare mule, . . the property of J. A. Moree, by virtue of a mortgage fi. fa.," etc. *Held*, that the mortgage, when considered as a whole, indicated the existence of a contract lien upon a yellow mare *mule* sufficiently to place all third persons upon constructive notice thereof; and the trial judge (there being no conflict in the evidence) did not err in directing a verdict in favor of the plaintiff in fi. fa., finding the property subject to the mortgage execution.

*Judgment affirmed. George and Luke, JJ., concur.*

DECIDED SEPTEMBER 13, 1917.

Levy and claim; from city court of Nashville—Judge Christian. February 13, 1917.

*J. Z. Jackson,* for plaintiff in error.

*Hendricks, Mills & Hendricks,* contra.